```
                            FILED
                            February 24, 2006
                            CLERK, US DISTRICT COURT
                            EASTERN DISTRICT OF
                            CALIFORNIA
                            DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARTHA MONTOYA, )<br>)<br>Defendant. ) | Case No. MAG. 06-0042-PAN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARTHA MONTOYA, Case No. MAG. 06-0042-PAN, Charge, 18USC§352, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $_____

          ___ Unsecured Appearance Bond

          ___ Appearance Bond with 10% Deposit

          ___ Appearance Bond with Surety

          ___ Corporate Surety Bail Bond

          _X_ (Other)   Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 24, 2006  at  3:45 p.m.  .

                                    By   /s/ Gregory G. Hollows
                                          Gregory G. Hollows
                                          United States Magistrate Judge