```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARTHA KATHLEEN MONTOYA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:06-cr-0100-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: April 25, 2006 |
| MARTHA KATHLEEN MONTOYA and ) | TIME: 8:30 a.m. |
| ELADIO CALVILLO MONTOYA, ) | JUDGE: Hon. Morrison C. England, Jr. |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendant, MARTHA KATHLEEN MONTOYA, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, and ELADIO CALVILLO MONTOYA, by and through his counsel DINA L. SANTOS that the status conference of April 4, 2006 at 8:30 a.m. be vacated and that a further status conference be set for April 25, 2006 at 8:30 a.m.

This continuance is being requested to allow defense counsel time to review recently-provided discovery with the defendants, to examine

possible defenses, and to investigate the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 25, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 3, 2006            Respectfully submitted,

                                DANIEL J. BRODERICK
                                Acting Federal Defender

                                /s/ RACHELLE BARBOUR
                                _____
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                MARTHA KATHLEEN MONTOYA

DATED:  April 3, 2006           /s/ RACHELLE BARBOUR for Dina L. Santos
                                _____
                                DINA L. SANTOS
                                Attorney at Law
                                Attorney for Defendant
                                ELADIO CALVILLO MONTOYA

                                McGREGOR SCOTT
                                United States Attorney

                                /s/ RACHELLE BARBOUR for
DATED: April 3, 2006            _____
                                CAMIL SKIPPER
                                Assistant U.S. Attorney

_____**O R D E R**

**IT IS SO ORDERED.**

DATED: April 7, 2006


                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE