```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2709
 5
 6
 7
 8               IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:06-cr-0100 MCE
                                 )
12                 Plaintiff,    )  **AMENDED** STIPULATION TO
                                 )  CONTINUE STATUS CONFERENCE;
13          v.                   )  ~~PROPOSED~~ ORDER
                                 )
14  MARTHA KATHLEEN MONTOYA,     )
        aka Martha Montoya,      )
15      aka Martha C. Montoya,   )
        aka Cattalina Marta Montoya, )
16      aka Catalina Martha Montoya, )
        aka Catalina M. Montoya, )  Date: April 25, 2006
17      aka Kathleen Fuentes-Montoya,) Time:  8:30 A.M.
        aka Martha K. Montoya, and ) Courtroom: Three
18  ELADIO CALVILLO MONTOYA,     )  Hon. Morrison C. England, Jr.
        aka Eladio Montoya,      )
19      aka Elidio Montoya,      )
        aka Eladio C. Montoya,   )
20                               )
                  Defendants.    )
21  _____)
```

22      IT IS HEREBY STIPULATED AND AGREED between the United States

23  of America and defendants MARTHA K. MONTOYA and ELADIO MONTOYA,

24  by and through their respective counsel, that the status

25  conference presently set for April 25, 2006, be continued to May

26  30, 2006, and that time under the Speedy Trial Act should be

27  excluded through May 30, 2006.

28  ///

1  Defense counsel are reviewing the discovery with their
2  clients and conducting investigation.  To allow for sufficient
3  time for the defense to prepare and to avoid any waste of
4  judicial resources, the parties stipulate to this continuance and
5  agree that time should be excluded pursuant to Local Code T4.
6  The defendant are not in custody, understand their rights
7  under the Speedy Trial Act, and consent to this continuance.

8  DATED: April 21, 2006                McGREGOR W. SCOTT
                                        United States Attorney
9
10                                 By:  /s/ Camil A. Skipper
                                        CAMIL A. SKIPPER
11                                      Assistant U.S. Attorney
12
13 DATED: April 21, 2006                /s/ Dina Santos
                                        DINA SANTOS
14                                      Attorney for ELADIO MONTOYA
15
16 DATED: April 21, 2006                DANIEL J. BRODERICK
                                        Acting Federal Defender
17
18                                 By:  /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
19                                      Assistant Federal Defender
                                        Attorney for MARTHA MONTOYA
20
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

1. The status conference presently set for April 25, 2006, is continued to May 30, 2006, at 8:30 A.M.

2. Based upon the representations of the parties, the Court found that the ends of justice outweighed the best interest of the public and the defendant in a speedy trial and excluded time under the Speedy Trial Act through May 30, 2006. For the reasons stated in this pleading, the Court finds excludable time through May 30, 2006.

**IT IS SO ORDERED.**

Date: April 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE