DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARTHA KATHLEEN MONTOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTHA KATHLEEN MONTOYA and ) <br> ELADIO CALVILLO MONTOYA, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:06-cr-0100-MCE <br><br> **STIPULATION AND ORDER** <br><br> DATE: June 27, 2006 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendants, MARTHA KATHLEEN MONTOYA, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, and ELADIO CALVILLO MONTOYA, by and through his counsel DINA L. SANTOS that the status conference of May 30, 2006 at 8:30 a.m. be vacated and that a further status conference be set for June 27, 2006 at 8:30 a.m.

This continuance is being requested to allow both defense counsel time to review discovery with the defendants, conduct investigation, examine possible defenses, and to discuss the case with the government.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 27, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 26, 2006          Respectfully submitted,

                             DANIEL J. BRODERICK
                             Acting Federal Defender

                             /s/ RACHELLE BARBOUR
                             _____
                             RACHELLE BARBOUR
                             Assistant Federal Defender
                             Attorney for Defendant
                             MARTHA KATHLEEN MONTOYA

DATED:  May 26, 2006

                             /s/ Dina L. Santos
                             _____
                             DINA L. SANTOS
                             Attorney at Law
                             Attorney for Defendant
                             ELADIO CALVILLO MONTOYA


                             McGREGOR SCOTT
                             United States Attorney

                             /s/ Camil Skipper
DATED: May 26, 2006          _____
                             CAMIL SKIPPER
                             Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: June 5, 2006.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE