DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARTHA KATHLEEN MONTOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.2:06-cr-0100-MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | |
| MARTHA KATHLEEN MONTOYA and ) | DATE: August 1, 2006 |
| ELADIO CALVILLO MONTOYA, ) | TIME: 8:30 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendants. ) | |
| ) | |

_____

    It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendants, MARTHA KATHLEEN MONTOYA, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, and ELADIO CALVILLO MONTOYA, by and through his counsel DINA L. SANTOS that the status conference of June 27, 2006 at 8:30 a.m. be vacated and that a further status conference be set for August 1, 2006 at 8:30 a.m.

///

///

This continuance is being requested to allow both defense counsel time to review discovery with the defendants, conduct investigation, examine possible defenses, and to discuss the case with the government.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 1, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 26, 2006          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ RACHELLE BARBOUR
                              _____
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              MARTHA KATHLEEN MONTOYA

DATED:  June 26, 2006

                              /s/ Dina L. Santos
                              _____
                              DINA L. SANTOS
                              Attorney at Law
                              Attorney for Defendant
                              ELADIO CALVILLO MONTOYA

                              McGREGOR SCOTT
                              United States Attorney

                              /s/ Camil Skipper
DATED: June 26, 2006
                              _____
                              CAMIL SKIPPER
                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: July 6, 2006

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

2