1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   Eladio Montoya
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  No. 2:06-cr-0100-MCE
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER VACATING
13      v.                         )  DATE, CONTINUING CASE, AND
                                   )  EXCLUDING TIME
14 ELADIO MONTOYA, et al.,         )
                                   )
15              Defendants.        )  Date:  AUGUST 15, 2006
                                   )  Time:  8:30 a.m.
16 _____ )  Judge: Hon. England

17

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Camil Skipper, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant Eladio Montoya, and Attorney Rachelle

21 Barbour, Counsel for Defendant Martha Montoya, that the status

22 conference scheduled for August 1, 2006, be vacated and the matter be

23 continued to this Court's criminal calendar on August 15, 2006, at 8:30

24 a.m.

25     This continuance is requested by the defense in order to permit

26 further diligent examination of possible defenses, further client

27 consultation concerning available courses of action, and finalization

28 of plea agreements.

1  **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 15, 2006 date, and that Ms. Skipper and Ms. Barbour have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: July 28, 2006         /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for
                             Eladio Montoya

Dated: July 28, 2006         /S/ Camil Skipper
                             CAMIL SKIPPER
                             Assistant United States Attorney
                             Attorney for Plaintiff

Dated: July 28, 2006         /S/ Rachelle Barbour
                             RACHELLE BARBOUR
                             Attorney for
                             MARTHA MONTOYA

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

DATED: July 31, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2