```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5
   Attorney for Defendant
6  MARTHA KATHLEEN MONTOYA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:06-cr-0100-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: October 10, 2006 |
| MARTHA KATHLEEN MONTOYA and ) | TIME: 8:30 a.m. |
| ELADIO CALVILLO MONTOYA, ) | JUDGE: Hon. Morrison C. England, Jr. |
| ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through CAMIL SKIPPER, Assistant U.S. Attorney, and defendants, MARTHA KATHLEEN MONTOYA, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, and ELADIO CALVILLO MONTOYA, by and through his counsel DINA L. SANTOS that the status conference of September 12, 2006 at 8:30 a.m. be vacated and that a further status conference be set for October 10, 2006 at 8:30 a.m.

This continuance is being requested to allow both defense counsel time to review discovery with the defendants, conduct investigation, examine possible defenses, and to discuss the case with the government.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 10, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 7, 2006         Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ RACHELLE BARBOUR
                                        _____
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARTHA KATHLEEN MONTOYA

DATED:  September 7, 2006

                                        /s/ Dina L. Santos
                                        _____
                                        DINA L. SANTOS
                                        Attorney at Law
                                        Attorney for Defendant
                                        ELADIO CALVILLO MONTOYA


                                        McGREGOR SCOTT
                                        United States Attorney



                                        /s/ Camil Skipper
DATED: September 7, 2006
                                        _____
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney


///

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE