1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  MARTHA MONTOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:06-cr-0100-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION FOR ORDER EXTENDING** |
| v. | ) **DATE FOR SELF-SURRENDER; ORDER** |
| MARTHA MONTOYA, | ) Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) |

Defendant, through counsel, hereby requests an extension of her self-surrender date two weeks from February 20, 2007 to March 6, 2007 at 2:00 p.m. The United States concurs with this request.

Ms. Montoya seeks an extension of time to self-surrender because the Bureau of Prisons has not yet designated her to a facility. Defense counsel has checked with the Marshals and attempted to accelerate the process without success. Defense counsel will keep working with the Marshals and the Bureau of Prisons to try to obtain Ms. Montoya's designation by March 6, 2007.

//

Based upon the foregoing, the parties stipulate and request that this Court enter an Order extending the self-surrender date to Tuesday, March 6, 2007, at 2:00 p.m.

Dated: February 12, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender

McGREGOR SCOTT
United States Attorney

By /s/ Camil Skipper
CAMIL SKIPPER
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The date of February 20, 2007 for self-surrender is vacated. The new date of March 6, 2007 at 2:00 p.m. is set for self-surrender.

Dated: February 16, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2